**SEYFARTH SHAW LLP**
Jon D. Meer (SBN 144389)
jmeer@seyfarth.com
Paul J. Leaf (SBN 261949)
pleaf@seyfarth.com
Justin J. Jackson (SBN 333687)
jujackson@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200

**SEYFARTH SHAW LLP**
Natalie C. Kreeger (SBN 328433)
nkreeger@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814
Telephone: (916) 448-0159

Attorneys for Defendant
RALEY'S

**WORK LAWYERS PC**
Justin Lo (SBN 280102)
justin@caworklawyer.com
May T. To (SBN 305268)
may@caworklawyer.com
22939 Hawthorne Blvd., #300
Torrance, CA 90505
Telephone: (310) 248-2944

Attorneys for Plaintiff
Leilani T. Silva and the aggrieved employees

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI T. SILVA, on behalf of herself and all other Aggrieved Employees, <br><br> Plaintiff(s), <br><br> v. <br><br> RALEY'S, a California corporation; and DOES 1 through 50, <br><br> Defendants. | Case No.: 2:25-cv-01225-DJC-SCR <br><br> **STIPULATION TO DISMISS THE ENTIRE PAGA ACTION WITHOUT PREJUDICE; ORDER** <br> [Yolo County Superior Court, Case No. CV2025-0921] |

1

STIPULATION TO DISMISS THE ENTIRE PAGA ACTION WITHOUT PREJUDICE

1  The parties, through their counsel of record, stipulate to dismissal of this entire PAGA action without prejudice. The parties have no other agreements concerning the dismissal of this action and no consideration has been or will be offered in exchange for the dismissal. Pursuant to FRCP 41(a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared."

DATED: June 2, 2025                                    SEYFARTH SHAW LLP

By: _____
Jon D. Meer
Paul J. Leaf
Natalie C. Kreeger
Justin J. Jackson

Attorneys for Defendant Raley's

DATED: June 2, 2025                                    WORK LAWYERS PC

By: _____
Justin Lo
May T. To

Attorneys for Plaintiff Leilani T. Silva, on behalf of herself and aggrieved employees

# ORDER

The Court has reviewed the parties' stipulation titled "STIPULATION TO DISMISS THE ENTIRE PAGA ACTION WITHOUT PREJUDICE." It is hereby ordered that the stipulation is granted, and this entire action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  June 3, 2025                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE